McGREGOR W. SCOTT
United States Attorney
STEVEN M. CRASS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:06-CR-00123 OWW |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR HEARING ON DEFENDANTS' |
| | ) | MOTIONS |
| | ) | |
| LUIS AGUILAR | ) | Date:    August 8, 2006 |
| | ) | Time:    9:00 a.m. |
| Defendants. | ) | Honorable Oliver W. Wanger, Courtroom 3 |
| _____ | ) | |

Upon the stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the hearing on defendant's motions presently set for

August 8, 2006 at 9:00 a.m. is continued until August 15, 2006 at 9:00 a.m. to be heard before the

Honorable Oliver W. Wanger, Courtroom 3.


Dated: July _20, 2006                    /s/ OLIVER W. WANGER_____
                                         Honorable Oliver W. Wanger
                                         United States District Judge

1