DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:06-cr-123 OWW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTION TO DISMISS HEARING; AND EXTEND TIME FOR GOVERNMENT'S RESPONSE TO MOTION; AND ORDER THEREON |
| v. | |
| LUIS AGUILAR, | ) Date:  August 22, 2006 |
| Defendant. | ) Time:  9:00 a.m. |
| | ) Judge: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein that the hearing on defendant's motion to dismiss, scheduled for August 15, 2006, may be continued to **August 22, 2006**; and that the deadline for the Government's Reply to defendant's motion to dismiss, set for August 1, 2006, may be extended to **August 15, 2006**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the court's consideration of the pending motion to dismiss and for the period of time set forth herein for further plea negotiations pursuant to

///

///

///

///

///

18 U.S.C. §3161(h)(8)(A).

| | |
|---|---|
| DATED:  August 3, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | |
| | /s/ Steve Crass<br>STEVE CRASS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| | |
| DATED:  August 3, 2006 | DANIEL J. BRODERICK<br>Federal Defender |
| | |
| | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 6, 2006**            /s/ Oliver W. Wanger
emm0d6                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Defendant's Motion to Dismiss;
and Extend Time for Government's Response to Motion    −2−