DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUIS AGUILAR,<br><br>　　　　Defendant. | NO. 1:06-cr-123 OWW<br><br>STIPULATION TO CONTINUE MOTION TO DISMISS HEARING; AND EXTEND TIME FOR GOVERNMENT'S RESPONSE TO MOTION; AND PROPOSED ORDER THEREON<br><br>Date:　September 6, 2006<br>Time:　9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorney of record herein that the hearing on defendant's motion to dismiss, scheduled for August 22, 2006, may be continued to **September 6, 2006 at 9:00 a.m.**; and that the deadline for the Government's Reply to defendant's motion to dismiss, set for August 15, 2006, may be extended to **August 30, 2006**.

　　　The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the court's consideration of the pending motion to dismiss and for the period of time set forth herein for further plea negotiations pursuant to

///

///

///

///

///

1  18 U.S.C. §3161(h)(8)(A).

2  DATED: August 10, 2006                McGREGOR W. SCOTT
                                         United States Attorney

/s/ Steve Crass
STEVE CRASS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: August 10, 2006                   DANIEL J. BRODERICK
                                         Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 11, 2006**                **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE