DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-123 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MOTION TO DISMISS HEARING; VACATE THE CURRENT MOTIONS SCHEDULE/HEARING; AND RESET THE MOTIONS SCHEDULE/ HEARING; AND PROPOSED ORDER THEREON |
| v. | ) ) ) | |
| LUIS AGUILAR, | ) ) | |
| Defendant. | ) ) ) | Date: October 17, 2006 Time: 9:00 a.m. Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the hearing on the Motion to Dismiss, in the above captioned matter, be continued from September 6, 2006 to **October 17, 2006 at 9:00 a.m.**

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein that the present motions schedule, in the above captioned matter, be vacated and reset as follows: the filing of defendant's motions are due on or before **September 18, 2006**; the Government's response to defendant's motions are due on or before **October 10, 2006**; and the hearing on said motions is set for **October 17, 2006**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the court's consideration of the pending motion to dismiss and for the period of time set forth herein for further plea negotiations pursuant to

18 U.S.C. §3161(h)(8)(A).

| | |
|---|---|
| DATED: August 30, 2006 | McGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Steve Crass<br>STEVE CRASS<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: August 30, 2006 | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Carrie S. Leonetti<br>CARRIE S. LEONETTI<br>Assistant Federal Defender<br>Attorney for Defendant |

**O R D E R**

IT IS SO ORDERED.

**Dated:   August 30, 2006**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motion to Dismiss Hearing;Vacate
the Current Motions Schedule/Hearing; and Reset the Motions
Schedule/Hearing                    −2−