DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
LUIS AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br> v.  <br> LUIS AGUILAR,  <br>  Defendant. | NO. 1:06-cr-123 OWW  <br> *AMENDED* STIPULATION TO CONTINUE MOTION TO DISMISS HEARING; AND CONTINUE MOTIONS HEARING; AND ORDER THEREON  <br> Date:  October 24, 2006  <br> Time:  9:00 a.m.  <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the hearing on the Motion to Dismiss, in the above captioned matter, be continued from October 17, 2006 to **October 24, 2006 at 9:00 a.m.**

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein that the motions hearing set for October 17, 2006 may be continued to **October 24, 2006**.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the court's consideration of the pending motion to dismiss and for the period of time set forth herein for further plea negotiations pursuant to

///

///

1 | 18 U.S.C. §3161(h)(8)(A).

2 | DATED:  October 12, 2006 — McGREGOR W. SCOTT, United States Attorney

/s/ Steven M. Crass
STEVEN M. CRASS
Assistant U.S. Attorney
Attorney for Plaintiff

DATED:  October 12, 2006 — DANIEL J. BRODERICK, Federal Defender

/s/ Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.

**Dated:   October 13, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE