UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>     v.                             )<br>                                    )<br> LUIS AGUILAR,                      )<br>                                    )<br>                                    )<br>            Defendant.              )<br>                                    )<br> _____) | 1:06-CR-123 OWW<br><br>NEW CASE NUMBER:<br><br>1:06-CR-123 LJO<br><br><br>**ORDER REASSIGNING CASE** |

    This matter is reassigned from the docket of United States District Judge Oliver W. Wanger to the docket of United States District Judge Lawrence J. O'Neill.

    The jury trial in this matter shall commence on Tuesday, February 6, 2007 at 9:00 a.m. in Courtroom Eight.

DATED: February 2, 2007                /s/ OLIVER W. WANGER

                                                  _____
                                                   OLIVER W. WANGER
                                       UNITED STATES DISTRICT JUDGE