UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-06-0123 LJO |
| Plaintiff, | ) ) | ORDER RE ALTERNATIVE JUROR |
| v. | ) ) | |
| LUIS AGUILAR, | ) ) | |
| Defendant. | ) ) ) ) | |

     Juror Number 6 in the above action, Joseph Martinez, informed the Court he would be unable to attend jury deliberations on March 22, 2007 due to car problems. Pursuant to stipulation of counsel as indicated on the Record on March 22, 2007, alternate juror Diana Lemus, was called in as a member of the jury. Also pursuant to stipulation of counsel, Joseph Martinez, was made the alternate for the jury. As stated on the Record and to Mr. Martinez via conference call on March 22, 2007, Mr. Martinez was ordered to remain on stand by at his residence. Accordingly, Mr. Martinez is deemed to have "served" and the Jury Commissioner is directed to pay the jury fee Mr. Martinez for any day he is on standby in this case.

IT IS SO ORDERED.

Dated:    **March 22, 2007**              /s/ Lawrence J. O'Neill
b9ed48                                        UNITED STATES DISTRICT JUDGE

1