DANIEL J. BRODERICK, #89424
Federal Defender
CARRIE S. LEONETTI, Maryland Bar
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LUIS AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:06-cr-00123 LJO |
| Plaintiff, | DEFENDANT'S MOTION FOR INSTITUTIONAL RECOMMENDATION; ORDER THEREUPON |
| v. | |
| LUIS AGUILAR, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

On July 13, 2007, in the above-captioned case, the Court sentenced the Defendant, Luis Aguilar, to one hundred (100) months incarceration in the custody of the United States Bureau of Prisons.  The Court recommended incarceration in a facility in the state of California, due to the presence of Mr. Aguilar's family there.

Mr. Aguilar requests that, in addition to its general recommendation for a California institution, the Court recommend specifically that he be incarcerated at the Federal Correctional Institution at Lompoc,

///

///

///

///

///

California, due to the number of educational, vocational, and rehabilitation programs that will be available to him there, as well as the proximity to his family in Fresno, California.

Dated: July 20, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

 /s/   Carrie S. Leonetti
CARRIE S. LEONETTI
Assistant Federal Defender
Attorney for Defendant
LUIS AGUILAR

**ORDER**

The Court hereby RECOMMENDS that the United States Bureau of Prisons incarcerate the Defendant, Luis Aguilar, at an institution in California and, specifically, the Federal Correctional Institution at Lompoc, California, so long as such designation accords with his security classification and space availability.

IT IS SO ORDERED.

**Dated:    July 23, 2007**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE