1

2

3

4  CARRIE LEONETTI, #252052
   Rainwater Law Group
   1430 Willamette St., #492
5  Eugene, OR 97401
   (541) 344-1785
6
   Attorney for Defendant
7  LUIS AGUILAR

8

9

10                 IN THE UNITED STATES DISTRICT COURT

11              FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,          )   NO. 1:06-CR-0123  LJO
                                       )
14                  *Plaintiff*,       )    **ORDER RE: STIPULATION**
                                       )
15           v.                        )
                                       )
16  LUIS AGUILAR,                      )
                                       )   Judge:  Hon. Lawrence J. O'Neill
17                  *Defendant*.       )
                                       )
18  ─────────────────────────────     )

19       The Court hereby orders:

20       1.  The status conference in the above-captioned matter, presently scheduled for October 3, 2008, is

21  continued to **October 31, 2008 at 9:00 a.m.**

22       2.  The jury trial in the above-captioned matter shall be scheduled to begin December 8, 2008 at 8:30

23  a.m.

24       3.  The trial-confirmation hearing shall be scheduled for November 26, 2008 at 9:00 a.m.

25       4.  The parties' motions *in limine* shall be due on or before November 3, 2008, and the parties'

26  responses thereto shall be due on or before November 19, 2008.

27       5.  The delay resulting from the continuance of the status conference shall be excluded in the interests

28  of justice, including, but not limited to, the need for the period of time set forth herein for continuity of

1   counsel, further plea negotiations, and trial preparation pursuant to 18 U.S.C. §§3161 (h) (8) (A) and 3161 (h)

2   (8) (B) (iv).

3

4

5   IT IS SO ORDERED.

6   **Dated:    September 29, 2008**                                 **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28